DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DWAYNE ZOOKOOK** a/k/a **DWAYNE ZOOK,**
Appellant,

v.

**JEFFREY VAN HEEMST,**
Appellee.

No. 4D2025-0788

[November 26, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Santo DiGangi, Judge; L.T. Case No. 502024CC018640XXXX.

Dwayne Zookook, West Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***